EAG:DAL
F. #2012R00622

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERKS OFFICE
US DISTRICT COURT E.D.N.Y.

★  DEC 11 2015  ★

BROOKLYN OFFICE

– – – – – – – – – – – – – –X

UNITED STATES OF AMERICA

    - against -

ZBIGNIEW LATEK,

             Defendant.

I N F O R M A T I O N

Cr. No. _15 CR 589 (ENV)_
(T. 26, U.S.C., § 7202; T. 18, U.S.C.,
   §§ 3551 et seq.)

– – – – – – – – – – – – – –X

THE UNITED STATES ATTORNEY CHARGES:

<u>INTRODUCTION</u>

At all times relevant to this Information, unless otherwise indicated:

1.     The defendant ZBIGNIEW LATEK owned and operated Integrated

Services NY, Inc. ("Integrated"), a closely held corporation located in Brooklyn, New York.

Integrated supplied construction restoration services and labor for commercial building

projects in the New York City area.

2.     Pursuant to Title 26 of the United States Code, employers, including

Integrated, were required to collect, truthfully account for and pay over to the Internal Revenue

Service ("IRS") Federal Insurance Contributions Act ("FICA") taxes, and to file an

Employer's Quarterly Federal Tax Return on IRS Form 941. FICA required the payment of

taxes by employees and employers to fund various federal benefit programs, including Social

Security and Medicare. As the owner and operator of Integrated, the defendant ZBIGNIEW

2

LATEK was required to collect, truthfully account for and pay over to the IRS FICA taxes that were due and owing.

## WILLFUL FAILURE TO ACCOUNT FOR AND PAY OVER FICA TAX

3.      The allegations contained in paragraphs one and two are realleged and incorporated as if fully set forth in this paragraph.

4.      In or about and between September 2009 and December 2009, both dates being approximate and inclusive, within the Eastern District of New York, the defendant ZBIGNIEW LATEK, being the owner and operator of Integrated, and thereby required to collect, truthfully account for and pay over FICA taxes to the IRS, did willfully and knowingly fail to collect, truthfully account for and pay over all FICA taxes to the IRS, knowing that additional FICA taxes were due and owing in the approximate amount of $54,608.27 for the calendar quarter ending December 31, 2009.

(Title 26, United States Code, Section 7202; Title 18, United States Code, Sections 3551 et seq.)

_____
ROBERT L. CAPERS
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F. #2012R00622

FORM DBD-34

JUN. 85

No.

# UNITED STATES DISTRICT COURT

### EASTERN *District of* NEW YORK

### CRIMINAL DIVISION

## THE UNITED STATES OF AMERICA

*vs.*

### *ZBIGNIEW LATEK,*

Defendant.

# INFORMATION

### (T. 26, U.S.C., § 7202; T. 18, U.S.C., §§ 3551 et seq.)

*A true bill.*

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

*Foreperson*

*Filed in open court this* _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ *day,*

*of* _ _ _ _ _ _ _ _ _ _ _ _ *A.D. 20* _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

*Clerk*

*Bail, $* _ _ _ _ _ _ _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

*Darren A. LaVerne, Assistant U.S. Attorney (718) 254-6783*